IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                    Case No. 10-CR-20002

RUBEN AVINA-RIVERA                                                    DEFENDANT

## ORDER

Currently before the Court is Defendant's Motion to Dismiss Due to Double Jeopardy (Doc. 22) and the Government's Response (Doc. 23).

Defendant contends the indictment against him should be dismissed as it based upon the same conduct for which Defendant has already received a sentence in Sebastian County Circuit Court and thereby violates the Double Jeopardy Clause of the Fifth Amendment to the United States Constitution. The Government admits that the charge in the Indictment of possession with intent to distribute more than 50 grams of methamphetamine is based upon the same conduct for which Defendant received a ten year suspended sentence in state court after pleading guilty to possession of methamphetamine.

However, the Eighth Circuit Court of Appeals has stated that there is no Fifth Amendment violation where a defendant is charged in both federal and state court with crimes arising out of the same conduct. *See United States v. Woodard*, 927 F.2d 433

(8th Cir. 1991).   Accordingly, Defendant's Motion must be DENIED.

    IT IS SO ORDERED this 20th day of May, 2010.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge

AO72A
(Rev. 8/82)